UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NANCY L. MICKELBERRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 15-CV-04589-LHK<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On December 18, 2015, the Court issued an order granting Defendants' motion to dismiss Plaintiff's complaint without prejudice. ECF No. 26. This Order stated that, "[s]hould Plaintiff elect to file an amended complaint . . . , Plaintiff shall do so within 30 days of the date of this Order. Failure to meet the 30 day deadline to file an amended complaint . . . will result in a dismissal with prejudice." *Id.* at 2. Plaintiff has not filed an amended complaint, and the deadline to file an amended complaint has now passed. Accordingly, this case is hereby DISMISSED with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 20, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge